UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KELLY SONNENBERG, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ISAI SCHEINBERG, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 13-cv-00344-DRH-SCW<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT RATIONAL ENTERTAINMENT ENTERPRISES LTD.'S
MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY TO ITS
MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

In accordance with Local Rule 7.1 and Federal Rule of Appellate Procedure 28(j), Rational Entertainment Enterprises Limited ("REEL"), by counsel, respectfully moves this Court for leave to file Supplemental Authority to its Motion to Dismiss Plaintiff's First Amended Complaint (Docket No. 9). In support of this Motion, REEL states:

1. REEL filed a Motion to Dismiss Plaintiff's First Amended Complaint on April 16, 2013.

2. REEL's brief in support of its Motion to Dismiss argued that the First Amended Complaint should be dismissed because Plaintiff failed to allege a winner and loser as required by the Illinois Loss Recovery Act, 720 ILCS 5/28-7.

3. Since the filing of the Motion in April, the Northern District of Illinois has ruled on a highly precedential case, *Langone v. Kaisser and FanDuel, Inc.*, Case No. 1:12-cv-02073 (N.D. Ill. Oct. 9, 2013).

{M0183467.1}

4. *Langone* is the first time that a court has directly addressed arguments regarding "winners" and "losers" under the Illinois Loss Recovery Act in the context of internet gaming, and therefore is pertinent and significant to this court's analysis of REEL's Motion to Dismiss.

WHEREFORE, REEL respectfully requests that this Court grant its Motion for Leave to File Supplemental Authority, and consider the *Langone* case in deciding the Motion to Dismiss.

Dated: November 4, 2013

Respectfully submitted,

MATHIS MARIFIAN & RICHTER, LTD.

IFRAH PLLC

By: /s/ William J. Niehoff
William J. Niehoff, #6193763
Laura E. Schrick, #6284750
23 Public Square, Suite 300
Belleville, Illinois 62220
(618) 234-9800
(618) 234-9786 Fax
wniehoff@mmrltd.com
lschrick@mmrltd.com

By: /s/ A. Jeff Ifrah *(w/consent)*
A. Jeff Ifrah *(admitted pro hac vice)*
David B. Deitch *(admitted pro hac vice)*
Rachel Hirsch (Bar No. 991122)
1717 Pennsylvania Avenue, Suite 650
Washington, D.C. 20006
Telephone: (202) 524-4140
Facsimile: (202) 524-4141
jeff@ifrahlaw.com
ddeitch@ifrahlaw.com
rhirsch@ifrahlaw.com

Attorneys for Defendant,
*Rational Entertainment Enterprises Limited*

{M0183467.1}

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November, 2013, I electronically filed the foregoing with the Court using the CM/ECF system, which will send notification of such filing via electronic mail, to all attorneys of record:

Lloyd M. Cueto
Law Offices of Lloyd M. Cueto
7110 West Main Street
Belleville, IL 62223

Michael Gras and Christopher Cueto
Law Office of Christopher Cueto, LTD
7110 West Main Street
Belleville, Illinois 62223

/s/ William J. Niehoff

- 3 -