IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KELLY SONNENBERG**, individually, and
on behalf of all others similarly situated,

**Plaintiff,**

v.  No. 13-0344-DRH

**ISAI SCHEINBERG; ET AL.,**

**Defendants.**

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is plaintiff's notice of dismissal pursuant to Rule 41(a)(1)(A)(i) (Doc. 50). Based on the reasons stated in the notice, the Court **ACKNOWLEDGES** the notice of dismissal and **DISMISSES** without prejudice Isai Scheinberg, Paul Tate, Nelson Burtnick, Pyr Software, LTD, Stelekram, LTD, and Sphene International, LTD.

**IT IS SO ORDERED.**

Signed this 12th day of December, 2013.

Digitally signed by
David R. Herndon
Date: 2013.12.12
10:05:47 -06'00'

Chief Judge
United States District Court