# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KELLY SONNENBERG, individually, and on behalf of the class she represents | )<br>)<br>) |
| and | )<br>) |
| CASEY SONNENBERG, individually, and on behalf of the class he represents | )<br>)<br>)<br>) |
| | ) Case No.: 13-cv-00344-DRH-SCW<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) **JURY TRIAL DEMAND** |
| OLDFORD GROUP, LTD.; RATIONAL ENTERTAINMENT ENTERPRISES LTD.; and UNKNOWN DEFENDANTS | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO DISMISS SECOND-AMENDED COMPLAINT

COME NOW Defendants Rational Entertainment Enterprises Ltd. and Oldford Group Ltd., by and through their counsel, Ifrah PLLC and Mathis, Marifian & Richter, Ltd., and hereby move to dismiss Plaintiffs' Second-Amended Complaint. A detailed memorandum in support is being filed contemporaneous to this Motion and is incorporated herein by reference.

WHEREFORE, Defendants respectfully request that this Court grant their Motion and dismiss Plaintiffs' Second-Amended Complaint in its entirety as to them with prejudice.

Dated:   May 16, 2014                                           Respectfully submitted,


MATHIS MARIFIAN & RICHTER, LTD.                                 IFRAH PLLC


By:  /s/ *William J. Niehoff*                                   By:  /s/ *A. Jeff Ifrah* (w/consent)
William J. Niehoff, #6193763                                    A. Jeff Ifrah *(admitted pro hac vice)*
Laura E. Schrick, #6284750                                      David B. Deitch *(admitted pro hac vice)*
23 Public Square, Suite 300                                     Rachel Hirsch (Bar No. 991122)
Belleville, Illinois  62220                                     1717 Pennsylvania Avenue, Suite 650
(618) 234-9800                                                  Washington, D.C. 20006
(618) 234-9786 Fax                                              Telephone: (202) 524-4140
wniehoff@mmrltd.com                                             Facsimile: (202) 524-4141
lschrick@mmrltd.com                                             jeff@ifrahlaw.com
                                                                ddeitch@ifrahlaw.com
                                                                rhirsch@ifrahlaw.com

                                                                Attorneys for Defendants,
                                                                *Rational Entertainment Enterprises Ltd. and Oldford Group Ltd.*

- 3 -

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Defendants' Motion to Dismiss Second-Amended Complaint was served upon all attorneys of record by electronic delivery via the CM/ECF System on May 16, 2014, addressed as follows:

>Christopher Cueto
>Michael Gras
>LAW OFFICE OF CHRISTOPHER CUETO, LTD.
>7110 West Main Street
>Belleville, IL 62223
>ccueto@cuetolaw.com
>mgras@cuetolaw.com
>
>Lloyd M. Cueto
>LAW OFFICE OF LLOYD M. CUETO
>7110 West Main Street
>Belleville, IL 62223
>cuetolm@cuetolaw.com
>*Attorneys for Plaintiffs*

/s/ *William J. Niehoff*
William J. Niehoff