UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**KELLY SONNENBERG et al**,

    **Plaintiffs,**

**v.**

**OLDFORD GROUP LTD., et al,**

    **Defendants.**                             No. 13-cv-344-DRH

**JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.** This matter is before the Court on Defendants' Motions to Dismiss (Doc. 75).

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on March 24, 2015 (Doc. 84) granting defendants' Motion to Dismiss, dismissing with prejudice the plaintiffs' second amended complaint and denying as moot the motion for oral argument (Doc. 77), this case is **DISMISSED** with prejudice as to all parties.

                                      **JUSTINE FLANAGAN,**
                                      **ACTING CLERK OF COURT**

                                      BY:     /s/*Caitlin Fischer*
                                                    **Deputy Clerk**

Dated:  March 24, 2015

Digitally signed by David R. Herndon
Date: 2015.03.24 14:05:56 -05'00'

APPROVED:
       U.S. DISTRICT JUDGE
       U. S. DISTRICT COURT